CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:19-mj-00431-DCK-1

| | |
|---|---|
| Case title: USA v. Portis | Date Filed: 12/12/2019 |

Assigned to: Magistrate Judge David Keesler

**Defendant (1)**

| | | |
|---|---|---|
| Clinton Portis | represented by | Richard H. Tomberlin<br>428 E. Fourth St.<br>Suite 101<br>Charlotte, NC 28202<br>704/373-0979<br>Fax: 704/373-1308<br>Email: rht@tomberlinlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 - CONSPRACY TO COMMIT WIRE FRAUD AND HEALTH CARE FRAUD, 18:1343 and 2 - WIRE FRUD, 18:1347 and 2 HEALTH CARE FRAUD | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | William Thomas Bozin<br>US Attorney's Office |

227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-816-1625
Email: william.bozin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2019 | 1 | EDKY INDICTMENT as to Clinton Portis (Attachments: # 1 Arrest Warrant)(mga) (Entered: 12/12/2019) |
| 12/13/2019 | | Arrest (Rule 5) of Clinton Portis (mga). Defendant surrendered to authorities. (Entered: 12/13/2019) |
| 12/13/2019 | | Set/Reset Deadlines/Hearings as to Clinton Portis: Initial Appearance - Rule 5 set for 12/13/2019 11:00 AM in Magistrate Courtroom 1-3, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David Keesler. (mga) (Entered: 12/13/2019) |
| 12/13/2019 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Clinton Portis held before Magistrate Judge David Keesler. Defendant advised of rights & charges. Defendant waived identity hearing. Defendant ordered to appear in charging district. Government attorney: William Bozin. Defendant attorney: richard Tomberlin. Court Reporter: DCR. (mga) (Entered: 12/13/2019) |
| 12/13/2019 | | **ORAL ORDER appointing Attorney Richard Tomberlin as to Clinton Portis. Attorney Richard Tomberlin appointed for initial appearance only. Entered by Magistrate Judge David Keesler on 12/13/19. (mga)** (Entered: 12/13/2019) |
| 12/13/2019 | 2 | WAIVER of Rule 5(c)(3) Hearings by Clinton Portis (mga) (Entered: 12/13/2019) |
| 12/13/2019 | 3 | **Appearance Bond Entered *(Restricted)* as to Clinton Portis in amount of $ 25,000 unsecured. Signed by Magistrate Judge David Keesler on 12/13/19. (mga)** (Entered: 12/13/2019) |
| 12/13/2019 | 4 | **ORDER *(Restricted)* Setting Conditions of Release as to Clinton Portis (1) 25,000 unsecured. Signed by Magistrate Judge David Keesler on 12/13/19. (mga)** (Entered: 12/13/2019) |
| 12/13/2019 | 5 | **ORDER holding defendant to answer and to appear in district of prosecution or district having Probation Jurisdiction as to Clinton Portis. Signed by Magistrate Judge David Keesler on 12/13/19. (mga)** (Entered: 12/13/2019) |
| 12/13/2019 | | **CJA 20 as to Clinton Portis: Appointment of Attorney Richard H. Tomberlin for Clinton Portis. (Click on this link to obtain the <u>CJA 19 Notice to Appointed Counsel of Public Disclosure of Attorney Fee Information</u>) (mek)** (Entered: 12/13/2019) |
| 12/13/2019 | | Notice to Eastern District of Kentucky of a Rule 5 or Rule 32 Initial Appearance as to Clinton Portis. Your case number is: 5:19cv-206-KKC. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 2 Waiver of Rule 5(c)(3) Hearings, 5 Order Rule 5 Bond Release, 3 Bond, 4 Order Setting Conditions of Release ) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (mga) (Entered: 12/13/2019) |

**PACER Service Center**

| Transaction Receipt ||||
|---|---|---|---|
| 12/13/2019 15:04:25 ||||
| **PACER Login:** | Jacob_TJones:5521478:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mj-00431-DCK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**