UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CRIMINAL ACTION NO. 5:19-CR-206-KKC

UNITED STATES OF AMERICA            PLAINTIFF

v.            **NOTICE OF ENTRY OF APPEARANCE**

ROBERT MCCUNE, ET AL.            DEFENDANTS

\* \* \* \* \* \* \*

Please take notice that Adam Reeves and the law firm of Stoll Keenon Ogden PLLC hereby enter an appearance as counsel on behalf of Defendant Clinton Portis in the above-referenced matter. All notices, motions, correspondence, and any other matters affecting this case should be sent to the attention of Adam Reeves at Stoll Keenon Ogden PLLC, 300 West Vine Street, Suite 2100, Lexington, Kentucky 40507. Electronic notifications should be sent to adam.reeves@skofirm.com.

           Respectfully submitted,

           Adam C. Reeves
           Stoll Keenon Ogden PLLC
           300 W. Vine Street, Ste. 2100
           Lexington, KY 40507
           adam.reeves@skofirm.com

           /s/ Adam C. Reeves
           Counsel for Defendant Clinton Portis

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing was filed electronically using the ECF system on January 3, 2020, which shall provide electronic service to all parties and counsel of record.

              /s/ Adam C. Reeves
              Counsel for Defendant Portis