UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Lexington Case No.  19-206-KKC-MAS-4            At  Lexington        Date  January 2, 2020

USA vs Clinton Portis                    x   present _____ custody _____ bond   x   OR    Age _____

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned him and advised him of his constitutional rights, the pending charges, and the possible penalties. The Order Setting Conditions of Release for Defendant are modified in paragraph 8(l) to permit Defendant to travel as necessary for work or familial reasons provided Defendant seek approval from the USPO prior to such travel.

PRESENT:    HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Susan Conner | Linda Mullen | None | Andrew Smith, Alex Kramer, John Scanlon |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant        Adam Reeves        x  present    x  retained    ____ appointed


PROCEEDINGS:  **INITIAL APPEARANCE AND ARRAIGNMENT**

|  |  |
|---|---|
| __x__ | Copy of Indictment given to the defendant. |
| __x__ | Defendant states true name is as stated on the indictment. |
| __x__ | Defendant advised the Court that he/she will retain counsel. |
| _____ | Defendant request that the Court appoint counsel. |
| _____ | Financial Affidavit executed & filed. |
| _____ | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| _____ | Ordered _____ appointed Attorney under the CJA. |
| __x__ | Defendant advised of Constitutional Rights. |
| __x__ | Defendant advised of the nature of charges and possible penalties. |
| __x__ | Defendant waives formal arraignment. |
| __x__ | Defendant waives reading of Indictment - Information. ____ Indictment - Information read. |
| __x__ | Defendant pleads ____ Guilty to Counts ____ x Not guilty to Counts ALL |
| _____ | Assigned for **Detention Hearing** on _____. |
| __x__ | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| _____ | Assigned for **JURY TRIAL** on March 9, 2020, at 9:00 a.m. before Judge Karen K. Caldwell; counsel to be present at 8:30 a.m. |
| __x__ | Number of days expected for trial 5. |
| __x__ | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| __x__ | The United States advised it is fulfilling victim notification duties, as necessary. |
| __x__ | Defendant to remain on bond, conditions of release. |
| _____ | Defendant remanded to custody of the USM. |
| _____ | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy or disseminate the report to any person (except defense counsel can share content with Defendant). |

Signed By:
Matthew A. Stinnett    MAS
United States Magistrate Judge

Copies:  COR, USP, USM, D, JC        Initials of Deputy Clerk: stc        TIC: /06