UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | No. 5:19-cr-206-KKC-MAS |
| **ROBERT MCCUNE, et. al,** ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |
| ) | |

## ORDER

The undersigned magistrate judge hereby **RECUSES** himself from service in the above-styled action. Further, this matter shall be reassigned to another magistrate judge in accordance with the Court's general orders.

Entered this 2nd day of January, 2020.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge

1