UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

JAN 06 2020

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff ) | |
| v. ) | No. 5:19-cr-206-KKC-EBA-4 |
| **CLINTON PORTIS,** ) | |
| Defendant, ) | |

## ORDER

The Court enters this Order to clarify that the Order Setting Conditions of Release for Defendant Portis are further modified in Paragraph 8(l) to permit Defendant to live and travel in the District of South Carolina.

Entered this 6th day of January, 2020.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge