# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL ACTION NO. 5:19-CR-00206-KKC

UNITED STATES OF AMERICA                                       PLAINTIFF

V.            **MOTION FOR AGREED PROTECTIVE ORDER**

ROBERT MCCUNE,
JOHN EUBANKS,
TAMARICK VANOVER,
CLINTON PORTIS,
CEANDRIS BROWN,
JAMES BUTLER.
FREDERICK BENNETT, and
ETRIC PRUITT                                                     DEFENDANTS

*************

The United States, through counsel, moves the Court to enter the attached Agreed Protective Order, which will govern the handling of discovery materials the United States will produce to the defense in this matter.

                                                     Respectfully submitted,

                                                     ROBERT M. DUNCAN, JR.
                                                     UNITED STATES ATTORNEY

                        By:     s/ Andrew E. Smith
                              Assistant United States Attorney
                              260 W. Vine Street, Suite 300
                              Lexington, Kentucky 40507-1612
                              (859) 685-4849
                              andrew.e.smith@usdoj.gov

# CERTIFICATE OF SERVICE

On January 24, 2020, I electronically filed this document through the CM/ECF system, which will send notice to counsel of record.

/s/ Andrew E. Smith
Assistant United States Attorney