# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 5:19-CR-206-KKC |
| ROBERT MCCUNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT CLINTON PORTIS'S MOTION TO CONDUCT
THE AUGUST 4, 2020 ARRAIGNMENT BY VIDEO CONFERENCE**

Defendant Clinton Portis ("Mr. Portis"), by and through undersigned counsel, hereby moves the Court for an Order converting the in-person arraignment currently scheduled for August 4, 2020 at 10:30 a.m. into an arraignment conducted by video conference. As grounds for the Motion, Mr. Portis respectfully states as follows:

On December 6, 2019, Mr. Portis was indicted on charges of Conspiracy to Commit Wire Fraud and Health Care Fraud (Count 1), Wire Fraud (Count 7), and Health Care Fraud (Count 17). [*See* Indictment, D.E. # 1, Page ID ## 1 – 20.] On January 2, 2020, Mr. Portis appeared for his initial appearance and arraignment and pleaded not guilty to these charges. [*See* Minute Entry Order, D.E. # 53, Page ID # 186.] The grand jury returned a superseding indictment against Mr. Portis and other defendants on July 24, 2020. [*See* Superseding Indictment D.E. # 156, Page ID ## 767 – 793.] Later that day, the United States moved to arraign Mr. Portis on the superseding indictment. [*See* Motion for Arraignment, D.E. # 157, Page ID # 822.] This Court granted the Government's motion and scheduled Mr. Portis's arraignment for August 4, 2020 at 10:30 a.m. [*See* Order Setting Arraignment, D.E. # 159, Page ID # 827.]

Mr. Portis resides primarily in South Carolina. Absent relief from this Court, Mr. Portis will be required to travel (likely by airline) to Lexington, Kentucky for the August 4, 2020 arraignment. In light of the current COVID-19 pandemic, including recent surges in reported infection rates in both South Carolina and Kentucky, Mr. Portis respectfully requests that his arraignment on the superseding indictment be conducted by video conference. Such relief would avoid risk of infection to both Mr. Portis and those who would otherwise appear for Mr. Portis's arraignment in Lexington, Kentucky. This request is consistent with district's July 24, 2020 General Order, which authorizes the use of video conferencing for all events listed in Section 15002(b) of The CARES Act, Pub. L. No. 116-136, 134 Stat. 281, including arraignments, and this Court has already arraigned other defendants via video conference. [*See* General Order No. 20-14.] Mr. Portis waives his right to appear in person and hereby consents to appearing by video conference for the arraignment, should the Court grant this Motion. Moreover, conducting his arraignment via video conference would more easily permit the undersigned's co-counsel, Andrew George, to appear from his offices in Washington, D.C.

Finally, undersigned counsel for Mr. Portis has conferred with the United States regarding this Motion. The United States has advised it has no objection to Mr. Portis being arraigned on the superseding indictment via video conference. Accordingly, Mr. Portis respectfully moves the Court to enter an order converting the August 4, 2020 from an in-person arraignment to an arraignment conducted by video conference.

Respectfully submitted,

Adam C. Reeves
Stoll Keenon Ogden PLLC
300 W. Vine Street, Ste. 2100
Lexington, KY  40507
adam.reeves@skofirm.com

/s/ Adam C. Reeves
*Counsel for Defendant Clinton Portis*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically using the CM/ECF system on July 29, 2020, which shall provide electronic service to all parties and counsel of record.

/s/ Adam C. Reeves
*Counsel for Defendant Clinton Portis*