UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>V.<br><br>ROBERT MCCUNE,<br>TAMARICK VANOVER and<br>CLINTON PORTIS,<br><br>    **Defendants.** | CRIMINAL NO. 5:19-206-KKC<br><br><br><u>**ORDER**</u> |

**\*\*\* \*\*\* \*\*\***

In consideration of the parties' joint status report (DE 330), which outlines dates of mutual availability, and being sufficiently advised, the Court **HEREBY ORDERS** that the trial in this matter is **RESCHEDULED** to **APRIL 5, 2021** at 9:00 a.m. Counsel and parties shall be present at 8:30 a.m.

Pursuant to 18 U.S.C. §3161(h)(7)(A), and based on public health recommendations and the severity of risk posed to the public, the Court finds the time between the prior trial date and the new trial date should be excluded in computing the time that the trial of this matter must commence under the Speedy Trial Act. The ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. In addition, the Court considers counsel's need for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated November 25, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY