**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL NO. 5:19-CR-206-KKC**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V.    **MOTION OF UNITED STATES<br>FOR EXTENSION OF TIME** | |
| **CLINTON PORTIS** | **DEFENDANT** |

* * * * *

The United States moves for an extension of time up to and including April 16, 2021, to respond to Defendant Clinton Portis' Motion in Limine [R. 352.] The United States has conferred with counsel for Mr. Portis who do not oppose the requested extension.

        Respectfully submitted,

        CARLTON S. SHIER, IV
        ACTING UNITED STATES ATTORNEY

By:  /s/ Andrew E. Smith
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4849
      Andrew.E.Smith@usdoj.gov

## CERTIFICATE OF SERVICE

On April 8, 2021, I electronically filed this document through the CM/ECF system, which will send notice to counsel of record.

/s/ Andrew E. Smith
Assistant United States Attorney
