Eastern District of Kentucky
FILED
AUG 31 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

5:19-cr-206-KKC

We would like to return tommorrow and finish our deliberations

—190