FILED
SEP 01 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

9-1-2021
9:34 am

We cannot come to a conclusion over Clinton Portis + Tamarick Vanover. I do not believe that this jury as it stands will ever render a unanimous decision on any of th charges agaist either defendant.

-190

Juror 190 resigned as Foreman and
Juror 263 is now <u>acting</u> as foreman

263
- 9-1-21
11:29 am

11:25 AM

Juror 214

Judge I have some very legitimate concerns that I would like to discuss with someone personally.

Thank you,

Juror 214

Juror 263
9-1-21
11:25 AM

unfortunately we see no further path forward

ON TAMARICK VANOVER:
- COUNT 1    unanimous
- COUNT 5    HUNG
- COUNT 9    unanimous
- Count 17   HUNG
- COUNT 21   UNANIMOUS

ON CLINTON PORTUS:
- Count 1    Inconclusive/Hung
- Count 7    Inconclusive/Hung
- Count 19   Inconclusive/Hung

Juror 263
9-1-21
11:25 am