*Hung on all charges*

*263*

Eastern District of Kentucky
F I L E D

SEP 01 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:19-206-KKC** |
| **Plaintiff,** | |
| **v.** | **VERDICT FORM** |
| **CLINTON PORTIS,** | |
| **Defendant.** | |

*** *** ***

We, the jury find the Defendant, Clinton Portis, as to:

**COUNT ONE:**        GUILTY _____   NOT GUILTY _____ *deadlocked*

If you found the Defendant NOT GUILTY of Count One, proceed to considering

Count Seven.

If you found the Defendant GUILTY of Count One, indicate below whether he

conspired to commit wire fraud, health care fraud, or both:

**WIRE FRAUD:**        GUILTY _____   NOT GUILTY _____ *deadlocked*

**HEALTH CARE FRAUD:** GUILTY _____   NOT GUILTY _____ *deadlocked*

1

**COUNT SEVEN:**     **GUILTY** _____     **NOT GUILTY** _____ dead locked

**COUNT NINETEEN:**     **GUILTY** _____     **NOT GUILTY** _____ deadlocked

_____9-1-21_____
**DATE**

____RGB_____
**FOREPERSON**