UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 5:19-cr-206-KKC-S-3,4 |
| V. | ) ) | |
| TAMARICK VANOVER and CLINTON PORTIS | ) ) ) | **ORDER** |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On the Court's own motion, IT IS ORDERED that the PRETRIAL CONFERENCE, currently scheduled for **11:00 a.m.** on **September 2, 2021**, is CONTINUED to **2:00 p.m.** on **September 2, 2021.**

This the 1st day of September, 2021.

.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY