# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO. 5:19-CR-00206-KKC-EBA**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                          **FACTUAL BASIS**

**CLINTON PORTIS**                                                          **DEFENDANT**

\* \* \* \* \*

Defendant CLINTON PORTIS (hereinafter referred to as the "Defendant" or "PORTIS") agrees to plead guilty because Defendant is in fact guilty. The Defendant certifies that Defendant does hereby admit that the facts set forth below are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt, and that these facts are sufficient to support a plea of guilty.

## FACTS

Between approximately December 2017 and December 2018, in the Eastern District of Kentucky, and elsewhere, PORTIS knowingly and willfully combined, conspired, confederated and agreed with Robert McCune and others to violate Title 18, United States Code, Section 1347, that is, to knowingly and willfully execute a

2



Defendant's Initials

scheme and artifice to defraud the Gene Upshaw NFL Player Health Reimbursement Account Plan, a healthcare benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by, and under the custody of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1349.

PORTIS was a vested member of the Gene Upshaw NFL Player Health Reimbursement Account Plan (the "Plan"), a healthcare benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b). The Plan allowed vested members to seek reimbursement for eligible health care costs. The reimbursement amount available to vested members depended upon the number of years the member played in the NFL.

PORTIS agreed with and paid Robert McCune ("McCune") to submit claims to the Plan through the use of interstate wires. These claims sought reimbursements for high dollar value durable medical equipment and included falsified prescriptions, letters of medical necessity, and invoices. PORTIS knew the claims McCune submitted on his behalf were false and fraudulent or was aware of a high probability that that the claims McCune submitted on his behalf were false and fraudulent and deliberately ignored that fact.

3

Defendant's Initials: 

During the conspiracy, PORTIS and McCune, through the use of interstate wires, caused the submission of two false and fraudulent claims to the Plan under PORTIS's name. On or around January 2, 2018, PORTIS and McCune caused the submission of a claim to the Plan seeking reimbursement of $44,732.00 for a "Seachrist 2500 Oxygen Chamber." On or around March 8, 2018, PORTIS and McCune caused the submission of a claim to the Plan seeking reimbursement of $54,532 for a "Criome Pro Cryosauna." PORTIS was aware of a high probability that these claims sought reimbursement for items that were not medically necessary and were not actually provided and deliberately ignored that fact. The Plan paid PORTIS approximately $99,264 for these claims.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me concerning criminal activity in which I engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crime charged.

DATED this _September 3, 2021_ day of September, 2021.

_____          _____
CLINTON PORTIS                     ADAM C. REEVES
Defendant                          Attorney for Defendant

Defendant's Initials: _____