UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 19-cr-206-KKC-EBA-S-4    At Lexington    Date January 6, 2022

USA vs. Clinton Portis    X present    ___ custody    ___ bond    X OR    Age ___

DOCKET ENTRY:   Proceedings held as noted.  There were no objections to the Presentence Report.  The Court adopts the factual findings and guidelines as calculated in the Presentence Report.  There were no objections to the sentence as stated.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | None | Linda Mullen | John Francis Scanlon; Andrew E. Smith |
|---|---|---|---|
| Deputy Clerk | Interpreter | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft: Andrew T. George; Adam Clay Reeves; Kyle A. Clark; Julie B. Rubenstein    x present    x retained    ___ appointed

PROCEEDINGS: **SENTENCING (Non-Evidentiary)**

____    Objections to Presentence Report.

 x      No objections to Presentence Report.

 x      Defendant advised of appellate rights.

 x      Transcript shall be deemed as written findings of Court.

 x      Judgment shall be entered (See Judgment & Commitment.)

 x      Defendant shall remain on conditions of release until self-report date of MARCH 8, 2022 by 2:00 p.m. at the facility designated by the Bureau of Prisons.

 Copies:  USP, USM, COR

Initials of Deputy Clerk: gld
TIC: 30 min